| | |
|---|---|
| 1 | Benjamin Heikali (SBN 307466) |
| 2 | **FARUQI & FARUQI, LLP**<br>10866 Wilshire Boulevard, Suite 1470 |
| 3 | Los Angeles, CA 90024<br>Telephone: (424) 256-2884 |
| 4 | Facsimile: (424) 256-2885<br>E-mail:  bheikali@faruqilaw.com |
| 5 | *Attorney for Plaintiff* |

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| DAVID PHILLIPS, Individually and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No.: 4:19-cv-08046-HSG |
| v. | ) ) | |
| FITBIT, INC., JAMES PARK, STEVEN J. MURRAY, ERIC N. FRIEDMAN, CHRISTOPHER B. PAISLEY, GLENDA J. FLANAGAN, LAURA J. ALBER, BRADLEY M. FLUEGEL and MATTHEW BROMBERG, | ) ) ) ) ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | ) | |

1  In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff David Phillips ("Plaintiff"), by counsel, hereby gives notice that he is dismissing all claims in the above-referenced matter, with prejudice to Plaintiff and without prejudice as to all others similarly situated. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

DATED: February 25, 2020

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Benjamin Heikali*
Benjamin Heikali SBN 307466
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Telephone: 424-256-2884
Facsimile: 424-256-2885
E-mail: bheikali@faruqilaw.com

*Counsel for Plaintiff*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.
685 Third Avenue, 26th Floor
New York, NY 10017
Tel: 212-983-9330
Fax: 212-983-9331
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Counsel for Plaintiff*